IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLEY A. ROBINSON, | : |
| Plaintiff, | : |
| v. | : |
| COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, and BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2005-R1 | : CIVIL ACTION NO. 2:08-cv-01563 |
| Defendants. | : |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, and Bank of New York as Trustee for the Certificateholders of CWMBS 2005 R-1, by and through their undersigned attorneys, hereby move to dismiss Plaintiff's Second Amended Complaint with prejudice.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr., PA 59409
bryce@ballardspahr.com
Joel E. Tasca (admitted *pro hac vice*)
tasca@ballardspahr.com
Sapna K. Anderson (admitted *pro hac vice*)
andersonsk@ballardspahr.com
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania  19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
*Attorneys for Defendants Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, L.P., and Bank of New York as Trustees for the Certificateholders of CWMBS 2005-R1*

Dated: May 20, 2009

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on this 20th day of May, 2009, a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint was served via ECF filing and First Class Mail, postage prepaid, upon the following:

> Ronald J. Fischer, Esquire
> Anthony F. Jeselnik, Esquire
> 600 Grant Street, Room 1500
> Pittsburgh, PA  15219-2800
> (412) 433-2945
> rjfischer@uss.com
> afjeselnik@uss.com
>
> *Attorneys for Plaintiff Kimberley A. Robinson*

                                            */s/ Joel E. Tasca*
                                            Joel E. Tasca